## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No.  09-cv-00910-AP**

**ZOUHEIR KANJO,**

> **Plaintiff,**

> **v.**

**MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY,**

> **Defendant.**

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| William E. Benjamin<br>5350 Manhattan Circle, Suite 105<br>Boulder, Colorado 80303<br>Telephone:  (303) 442-9005<br>Fax:  (303) 442-2345<br>E mail: WbenjaminLaw@ecentral.com | David M. Gaouette,<br>Acting United States Attorney<br>District of Colorado<br><br>Kevin Thomas Traskos<br>Assistant U.S. Attorney<br>Kevin.Traskos@usdoj.gov<br><br><br>Allan Berger<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, CO 80294<br>Telephone: (303) 844-2149<br>Fax: (303) 844-0770<br>allan.berger@ssa.gov |

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 USC 405(g).

## 3.  DATES OF FILING OF RELEVANT PLEADINGS

    **A.**    **Date Complaint Was Filed: 4/21/09.**
    **B.**    **Date Complaint Was Served on U.S. Attorney's Office: 5/4/09.**
    **C.**    **Date Answer and Administrative Record Were Filed: 7/2/09.**

## 4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**Plaintiff states:** Although Plaintiff's counsel will thoroughly review the Record, the accuracy and completeness of the Administrative Record cannot be ascertained until after Plaintiff's final opening brief is finally drafted and filed.

**Defendant states:** To the best of his knowledge, the record is complete.

## 5.  STATEMENT REGARDING ADDITIONAL EVIDENCE

**Plaintiff states:**  See paragraph four above.

**Defendant states:**  None anticipated.

## 6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

**Plaintiff states:**  This case involves no unusual claims
**Defendant states:**  This case does not involve unusual claims or defenses.

## 7.  OTHER MATTERS

**Plaintiff states:**   The record appears to be complete, but a final position by Plaintiff cannot be determined until the final draft of his opening brief is filed.

**Defendant states**:  To the best of his knowledge, there are no other matters.

## 8.  PROPOSED BRIEFING SCHEDULE

    **A.**    **Plaintiff's Opening Brief Due: 8/31/09**
    **B.**    **Defendant's  Response Brief Due: 9/30/09**
    **C.**    **Plaintiff's  Reply Brief Due: 10/14/09**

## 9.  STATEMENTS REGARDING ORAL ARGUMENT

 **A.**   **Plaintiff's Statement:** Oral Argument is requested if only to clarify any outstanding issues, and at the Court's behest.
 **B.**   **Defendant's Statement:**  Oral Argument is not requested.

## 10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

 **A.**   **(X)  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
 **B.**   **(  )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11.  OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1 BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

## 12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

 DATED:  July 22, 2009

       BY THE COURT:

       <u>*s/John L. Kane*</u>
       U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ WILLIAM E. BENJAMIN 6/24/08<br>WILLIAM E. BENJAMIN<br>5350 Manhattan Circle, Suite 105<br>Boulder, Colorado 80303<br>Telephone:  (303) 442-9005<br>Fax:  (303) 442-2345<br>E mail:WbenjaminLaw@ecentral.com | David M. Gaouette<br>ACTING UNITED STATES ATTORNEY<br><br>Kevin Thomas Traskos<br>Assistant U.S. Attorney<br>kevin.traskos@usdoj.gov<br><br>s/ Allan Berger<br>Allan Berger<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, CO 80294<br>Telephone: (303) 844-2149<br>Fax: (303) 844-0770<br>allan.berger@ssa.gov<br><br>Attorneys for Defendant |